| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>SPARKS, SAM | 2. Court or Organization<br><br>DISTRICT COURTS--Texas Western | 3. Date of Report<br><br>05/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE ARTICLE III JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States Courthouse
501 W. Fifth Street, Suite 4120
Austin, Texas 78701-3822

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U.S. Courts | May 5 - 7, 2013 | Fort Worth, TX | Fifth Circuit Judicial Conference (attendee) | Transportation, meals, lodging |
| 2. | Tex-ABOTA | July 27 - 28, 2013 | Santa Fe, NM | Speaker at educational workshop for attorneys | Transportation, meals, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Condominium | | None | L | T | | | | | |
| 2. | | | | | | | | | | |
| 3. | CASH ACCOUNTS: | | | | | | | | | |
| 4. | American Bank of Commerce | A | Interest | M | T | | | | | |
| 5. | Chase Bank of Texas Accounts | A | Interest | M | T | | | | | |
| 6. | BIF Tax-exempt Fund (formerly RBC Prime Money Market Fund) | C | Dividend | N | T | | | | | |
| 7. | Frost Bank | A | Interest | N | T | | | | | |
| 8. | | | | | | | | | | |
| 9. | STOCKS: | | | | | | | | | |
| 10. | Occidental Petroleum | A | Dividend | J | T | | | | | |
| 11. | Excelon Corporation | C | Dividend | L | T | | | | | |
| 12. | Royal Dutch Shell PLC | E | Dividend | N | T | | | | | |
| 13. | Royal Dutch Shell PLC | B | Dividend | K | T | Buy (add'l) | 01/22/13 | K | | Market |
| 14. | Royal Dutch Shell PLC | B | Dividend | K | T | Buy (add'l) | 03/13/13 | K | | Market |
| 15. | Royal Dutch Shell PLC | B | Dividend | K | T | Buy (add'l) | 04/23/13 | K | | Market |
| 16. | Royal Dutch Shell PLC | B | Dividend | K | T | Buy (add'l) | 05/21/13 | K | | Market |
| 17. | Royal Dutch Shell PLC | B | Dividend | K | T | Buy (add'l) | 06/19/13 | K | | Market |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Seadrill Limited SHS | D | Dividend | L | T | | | | | |
| 19. Seadrill Limited SHS | A | Dividend | J | T | Buy (add'l) | 01/22/13 | J | | Market |
| 20. Seadrill Limited SHS | A | Dividend | J | T | Buy (add'l) | 03/13/13 | J | | Market |
| 21. Seadrill Limited SHS | A | Dividend | J | T | Buy (add'l) | 04/23/13 | J | | Market |
| 22. Seadrill Limited SHS | A | Dividend | J | T | Buy (add'l) | 05/21/13 | J | | Market |
| 23. Seadrill Limited SHS | A | Dividend | J | T | Buy (add'l) | 06/19/13 | J | | Market |
| 24. | | | | | | | | | |
| 25. BONDS: | | | | | | | | | |
| 26. Austin TX Community College | B | Interest | K | T | | | | | |
| 27. Austin TX LTD GO | A | Interest | L | T | | | | | |
| 28. Barbers Hill TX GO | A | Interest | K | T | | | | | |
| 29. Baytown Tx GO | B | Interest | K | T | | | | | |
| 30. Bexar Cnty Tx GO | A | Interest | | | Redeemed | 06/13/13 | K | A | Market |
| 31. Brazosport TX ISD | A | Interest | K | T | | | | | |
| 32. Cedar Hill TX ISD | A | Interest | | | Redeemed | 02/15/13 | J | A | Market |
| 33. Collin Co. TX GO | B | Interest | K | T | | | | | |
| 34. Columbia & Brazoria GO | B | Interest | | | Redeemed | 08/01/13 | K | A | Market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Crowley TX ISD GO | A | Interest | | | Redeemed | 02/15/13 | J | A | Market |
| 36. Crowley TX ISD GO | A | Interest | K | T | | | | | |
| 37. Cypress-Fairbanks TX ISD | A | Interest | K | T | | | | | |
| 38. Dallas Cnty Tx Comnty College | A | Interest | K | T | | | | | |
| 39. Dallas TX GO BDS 2007 | A | Interest | K | T | | | | | |
| 40. Dallas TX ISD | A | Interest | K | T | | | | | |
| 41. Denton TX Util. Sys. | A | Interest | | | Redeemed | 12/01/13 | K | A | Market |
| 42. Duncanville TX ISD | A | Interest | | | Redeemed | 02/15/13 | K | A | Market |
| 43. El Paso TX Indpt GO | A | Interest | | | Redeemed | 08/13/13 | J | A | Market |
| 44. Ft. Worth TX ISD | A | Interest | K | T | | | | | |
| 45. Frisco TX ISD GO | A | Interest | K | T | | | | | |
| 46. Galveston TX Wtrwks | A | Interest | K | T | | | | | |
| 47. Goose Creek TX Cons Indpt | A | Interest | K | T | | | | | |
| 48. Goose Creek TX Cons Indpt 2005 | A | Interest | L | T | | | | | |
| 49. Harris Cnty TX G/O RFDG | A | Interest | K | T | | | | | |
| 50. Hawkins TX ISD GO | A | Interest | K | T | | | | | |
| 51. Houston TX RFDG Pub Impt | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Humble TX ISD | A | Interest | K | T | | | | | |
| 53. Irving TX Wtr Wk Swr | A | Interest | K | T | | | | | |
| 54. La Joya TX ISD | A | Interest | J | T | | | | | |
| 55. Lampasas TX ISD | A | Interest | L | T | | | | | |
| 56. Lancaster TX ISD GO | A | Interest | K | T | | | | | |
| 57. La Vernia TX ISD | A | Interest | K | T | | | | | |
| 58. Lower Colo. Riv. Auth. Tex. Rev. | A | Interest | L | T | | | | | |
| 59. Lufkin TX Wtrwks | A | Interest | J | T | | | | | |
| 60. McKinney TX ISD | A | Interest | K | T | | | | | |
| 61. New Braunfels TX ISD | A | Interest | K | T | | | | | |
| 62. New Braunfels TX Util Rev | A | Interest | K | T | | | | | |
| 63. New Caney TX ISD GO | A | Interest | K | T | | | | | |
| 64. North East ISD Tex | A | Interest | K | T | | | | | |
| 65. Northwest TX ISD GO | A | Interest | K | T | | | | | |
| 66. Northwest TX ISD | A | Interest | J | T | | | | | |
| 67. Pearland TX ISD GO | A | Interest | K | T | | | | | |
| 68. Pearland ISD GO | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pflugerville TX GO | A | Interest | | | Redeemed | 08/01/13 | K | A | Market |
| 70. Plano TX GO | A | Interest | K | T | | | | | |
| 71. Plano TX GO BDS | A | Interest | L | T | | | | | |
| 72. Richardson TX ISD | A | Interest | J | T | | | | | |
| 73. Richardson TX GO | A | Interest | K | T | | | | | |
| 74. Roma TX ISD G/O | A | Interest | K | T | | | | | |
| 75. Seguin TX GO | B | Interest | K | T | | | | | |
| 76. Sheldon TX ISD GO | A | Interest | | | Redeemed | 05/31/13 | J | A | Market |
| 77. SOCORRO Tex ISD G/O | A | Interest | K | T | | | | | |
| 78. Splendora TX ISD | A | Interest | K | T | | | | | |
| 79. UT Austin Rev. | B | Interest | K | T | | | | | |
| 80. | | | | | | | | | |
| 81. DAIN, RAUSCHER IRA: | | | | | | | | | |
| 82. American Balance | E | Dividend | P1 | T | | | | | |
| 83. Bristol Myers Squibb Co. | B | Dividend | L | T | | | | | |
| 84. Chevron-Texaco Corp. | D | Dividend | N | T | | | | | |
| 85. Exxon Mobil Corp | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Exxon Mobil Corp | A | Dividend | J | T | Buy (add'l) | 01/22/13 | J | | Market |
| 87. Exxon Mobil Corp | A | Dividend | J | T | Buy (add'l) | 03/13/13 | J | | Market |
| 88. Exxon Mobil Corp | A | Dividend | J | T | Buy (add'l) | 04/23/13 | J | | Market |
| 89. Friede Goldman Halter | | None | | | Expired | | | | See note in Part VIII. |
| 90. Genitope Corp. | | None | J | T | | | | | |
| 91. Gov't Nat'l MTG Assn. II Pool 3663 | B | Interest | | | Sold | 06/18/13 | J | A | Market |
| 92. Gov't Nat'l MTG Assn. II Pool 622080 | B | Interest | | | Sold | 06/18/13 | J | A | Market |
| 93. Gov't Nat'l MTG Assn. II Pool 3709 | C | Interest | | | Sold | 06/18/13 | K | A | Market |
| 94. Govt Natl MTG Assn II Pool #1 (Reassigned Pool 579546) | A | Interest | | | Sold | 01/23/13 | J | A | Market |
| 95. Govt Natl MTG Assn II Pool #2 (Reassigned Pool 3228) | A | Interest | | | Sold | 01/23/13 | J | A | Market |
| 96. Govt Natl MTG Assn II Pool #3 (Reassigned Pool 3542) | A | Interest | | | Sold | 01/23/13 | J | A | Market |
| 97. Govt Natl MTG Assn II Pool #4 (Reassigned Pool 3554) | A | Interest | | | Sold | 01/23/13 | J | A | Market |
| 98. Govt Natl MTG Assn II Pool #5 (Reassigned Pool 3556) | D | Interest | | | Sold | 04/23/13 | L | A | Market |
| 99. Govt Natl MTG Assn II Pool #6 (Reassigned Pool 003595) | C | Interest | | | Sold | 03/13/13 | K | B | Market |
| 100. Govt Natl Mrg Assn Pool #003830 | C | Interest | | | Sold | 06/18/13 | K | A | Market |
| 101. Govt Natl Mtg Assn Pool #003795 | B | Interest | | | Sold | 03/13/13 | K | A | Market |
| 102. Halliburton | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Johnson & Johnson | C | Dividend | M | T | | | | | |
| 104. Johnson & Johnson | A | Dividend | J | T | Buy (add'l) | 01/22/13 | J | | Market |
| 105. Johnson & Johnson | A | Dividend | J | T | Buy (add'l) | 03/13/13 | J | | Market |
| 106. Proctor & Gamble Co. | C | Dividend | M | T | | | | | |
| 107. Proctor & Gamble Co. | A | Dividend | J | T | Buy (add'l) | 01/22/13 | J | | Market |
| 108. Proctor & Gamble Co. | A | Dividend | J | T | Buy (add'l) | 03/13/13 | J | | Market |
| 109. Royal Dutch Shell PLC | D | Dividend | M | T | | | | | |
| 110. Royal Dutch Shell PLC | A | Dividend | J | T | Buy (add'l) | 01/22/13 | J | | Market |
| 111. Royal Dutch Shell PLC | A | Dividend | J | T | Buy (add'l) | 03/13/13 | J | | Market |
| 112. Royal Dutch Shell PLC | A | Dividend | J | T | Buy (add'l) | 04/23/13 | J | | Market |
| 113. Spanish Broadcasting, Inc. | | None | J | T | | | | | |
| 114. Statoil ASA | C | Dividend | M | T | | | | | |
| 115. Statoil ASA | A | Dividend | J | T | Buy (add'l) | 01/22/13 | J | | Market |
| 116. Statoil ASA | A | Dividend | J | T | Buy (add'l) | 03/13/13 | J | | Market |
| 117. Statoil ASA | A | Dividend | J | T | Buy (add'l) | 04/23/13 | J | | Market |
| 118. Steris Corp. | A | Dividend | K | T | | | | | |
| 119. FIA Card SVS NA- fomerly RBC Prime Money Market Fund | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. MISCELLANEOUS: | | | | | | | | | |
| 122. LRF Limited Pship | A | Royalty | J | W | | | | | |
| 123. | | | | | | | | | |
| 124. ▮▮▮▮ - SEPARATE PROPERTY | | | | | | | | | |
| 125. EDWARD JONES -- | | | | | | | | | |
| 126. Capital Income Builder Fund | B | Dividend | L | T | | | | | |
| 127. Growth Fund of Am. | A | Dividend | L | T | | | | | |
| 128. Pacific Life Fund | B | Dividend | M | T | | | | | |
| 129. Tax Exempt Bond Fd of Am | E | Interest | K | T | | | | | |
| 130. | | | | | | | | | |
| 131. BENIFICIARY-CB&T Trustee IRA of ▮▮▮▮ | C | Distribution | M | T | | | | | |
| 132. American Mutual Fund Inc | A | Dividend | K | T | | | | | |
| 133. Bond Fund of American Inc | A | Dividend | K | T | | | | | |
| 134. Capital World Growth | A | Dividend | L | T | | | | | |
| 135. Annuity-Sunamerican Life Insurance Polaris Variable Annuity | A | Dividend | L | T | | | | | |
| 136. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. IRA-EDWARD JONES CUSTODIAN | | | | | | | | | |
| 138. Hartford Cap. Appreciation CLA | D | Dividend | | | Sold | 07/09/13 | K | A | Market |
| 139. Hartford Global Leaders CLA | D | Dividend | | | Sold | 07/09/13 | J | A | Market |
| 140. Hartford Stock Fund CLA | D | Dividend | | | Sold | 07/09/13 | J | A | Market |
| 141. John Hancock Lifestyle Growth | A | Dividend | K | T | Buy | 07/10/13 | K | | Market |
| 142. STOCKS: | | | | | | | | | |
| 143. Conagra Foods, Inc. | A | Dividend | J | T | Buy | 07/09/13 | J | | Market |
| 144. Coca-Cola Co. | A | Dividend | J | T | Buy | 07/09/13 | J | | Market |
| 145. Chevron Corp. | A | Dividend | J | T | Buy | 07/09/13 | J | | Market |
| 146. | | | | | | | | | |
| 147. Property - DeBaca Co, New Mexico | | None | J | W | | | | | |
| 148. Property - Brewster Co, TX | | None | J | W | | | | | |
| 149. Royalty Interest - Upton Co, TX | A | Royalty | J | W | | | | | |
| 150. Royalty Interest - Palo Pinto Co, TX | A | Royalty | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SPARKS, SAM | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts
Line 89. Notified company closed with bankruptcy discharge resulting in no value in its stock.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SAM SPARKS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544